IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JULIAN L CHESHIRE,

    Plaintiff,

v.                                                    CASE NO. 1:07-cv-00070-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that the ALJ properly considered the medical evidence in determining the severity of plaintiff's mental impairment. Additionally, the Court agrees that substantial evidence supported the ALJ's conclusions. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation is adopted and incorporated herein, and the decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this *7th* day of March, 2008

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge